UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATASHA FRANKE,

    Plaintiff,                                       No. 13-13432

v.                                             District Judge Denise Page Hood
                                                    Magistrate Judge R. Steven Whalen

TIG INSURANCE COMPANY,

    Defendant.
_____/

**ORDER**

For the reasons and under the terms stated on the record on April 2, 2014,

Defendant's Motion to Compel Expert Disclosures [Doc. #12] is DENIED.

IT IS SO ORDERED.


Date: April 2, 2014                     s/ R. Steven Whalen
                                             R. STEVEN WHALEN
                                             UNITED STATES MAGISTRATE JUDGE

I hereby certified that the foregoing document was sent to parties of record on April 2, 2014, electronically and/or by U.S. Mail.

                                                          s/Michael Williams
                                                        Case Manager to the
                                                       Honorable R. Steven Whalen